# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH
## NO. 02-14-00002-CR


GABRIEL PAUL SALAS A/K/A                                    APPELLANT
GABRIEL P. SALAS

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On December 20, 2013 as part of a plea-bargain agreement, Appellant Gabriel Paul Salas pleaded guilty to violating a protective order or conditions of bond in a case regarding family violence, sexual assault or abuse, or stalking, with two previous convictions.  Tex. Penal Code Ann. § 25.07 (West Supp. 2013).  In accordance with the agreement, the trial court sentenced Appellant to

---

[1]See Tex. R. App. P. 47.4.

five years' confinement. The trial court certified that Appellant had no right to appeal. *See* Tex. R. App. P. 25.2(a)(2).

On December 30, Appellant filed a pro se notice of appeal in the trial court. *See* Tex. R. App. P. 25.2(c), 26.2. On January 9, 2014, we notified Appellant's trial counsel and Appellant that Appellant had filed a pro se notice of appeal, that the trial court certified that Appellant had no right to appeal, and that we would dismiss the appeal unless Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal no later than January 21. *See* Tex. R. App. P. 25.2(d), 44.3.

Appellant responded and contended that his plea-bargain agreement was "coerced" and counsel failed to submit mitigating circumstances before the trial court imposed sentence. There is no showing that Appellant's sentence exceeded the State's recommendation, that Appellant desires to appeal a matter that was raised by written motion filed and ruled on before trial, or that the trial court granted Appellant permission to appeal. *See* Tex R. App. P. 25.2(a)(2). Thus, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 20, 2014